Daniel J. Herling (SBN 103711)
djherling@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone:  415-432-6000
Facsimile:   415-432-6001

Nada I. Shamonki (SBN 205359)
nishamonki@mintz.com
Nicole V. Ozeran (SBN 302321)
nvozeran@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  310-586-3200
Facsimile:   310-586-3202

Attorneys for Defendants Peter Thomas Roth, LLC,
Peter Thomas Roth Global, LLC
and Peter Thomas Roth Labs LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARI MILLER and SAMANTHA PAULSON, on behalf of themselves and those similarly situated,<br><br>             Plaintiffs,<br>     vs.<br><br>PETER THOMAS ROTH, LLC; PETER THOMAS ROTH DESIGNS LLC; PETER THOMAS ROTH GLOBAL, LLC; PETER THOMAS ROTH LABS LLC; and DOES 1-100,<br><br>             Defendants. | Case No.: 3:19-cv-00698-WHA<br><br>**DEFENDANTS PETER THOMAS ROTH, LLC AND PETER THOMAS ROTH GLOBAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Judge:      William H. Alsup<br>Date:        April 4, 2019<br>Time:       8:00 a.m.<br>Courtroom: 12 – 19th Floor |

**PLEASE TAKE NOTICE** that on April 4, 2019 at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 12 of the above-referenced Court, located at 450 Golden Gate Avenue, San Francisco, CA  94102, Defendants Peter Thomas Roth, LLC and Peter Thomas Roth Global, LLC will and hereby do move pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for entry of an order dismissing Plaintiffs Kari Miller and Samantha Paulson's

1  (collectively, "Plaintiffs") Complaint in its entirety with prejudice against Defendants Peter Thomas
2  Roth, LLC and Peter Thomas Roth Global, LLC ("Defendants").
3      Defendants' Motion seeks dismissal of Plaintiffs' Complaint in its entirety on the basis that
4  this Court lacks personal jurisdiction over Defendants.  Defendants have no contacts with California
5  and they did not direct any conduct into California that would make the exercise of jurisdiction over
6  them reasonable.
7      This Motion is based on this Notice of Motion, the concurrently filed [proposed] Order, the
8  previously filed and served Memorandum of Points and Authorities and Declarations of Peter
9  Thomas Roth, the pleadings on file in this action, and any additional evidence and argument that
10 may be presented before or at the hearing of this Motion.

12 Dated:  February 20, 2019        Respectfully submitted,

13                                             MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

15                                             */s/ Nicole V. Ozeran*

16                                             By:   Daniel J. Herling
                                                    Nada I. Shamonki
                                                    Nicole V. Ozeran

17                                             Attorneys for Defendants Peter Thomas Roth,
18                                             LLC and Peter Thomas Roth Global, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing **DEFENDANTS PETER THOMAS ROTH, LLC AND PETER THOMAS ROTH GLOBAL, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** electronically on February 20, 2019, with the Clerk of the United States District Court in the CM/ECF system, which will serve a notice of the filing upon all counsel or parties of record on the email addresses listed on the court website.

*/s/ Nicole V. Ozeran*
Nicole V. Ozeran