IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARI MILLER and SAMANTHA PAULSON, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

PETER THOMAS ROTH, LLC; PETER THOMAS ROTH DESIGNS LLC; PETER THOMAS ROTH GLOBAL, LLC; PETER THOMAS ROTH LABS LLC; and DOES 1–100

    Defendants.

                                               /

No. C 19-00698 WHA

**ORDER ON PLAINTIFFS' DISCOVERY DISPUTE LETTER**

The Court has reviewed plaintiffs' discovery dispute letter and defendants' response thereto (Dkt. Nos. 55, 56). Plaintiffs' motion is **DENIED** without prejudice to a fresh motion after plaintiffs' counsel has reviewed the material produced on July 26 and the material to be produced on August 9. Defendants' request for attorney's fees incurred in responding to the instant letter is **DENIED** without prejudice. The request for attorney's fees will possibly be reconsidered if and when plaintiffs bring a new discovery dispute letter. Counsel shall please try harder to avoid involving the Court in discovery disputes.

**IT IS SO ORDERED.**

Dated: July 30, 2019.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE