UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARI MILLER, et al.,

    Plaintiffs,

v.

PETER THOMAS ROTH, LLC, et al.,

    Defendants.

No. C 19-00698 WHA

**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION**

Plaintiff Kari Miller seeks leave to move for reconsideration of a January 22 order granting in part and denying in part defendants' motion for summary judgment against her. The order held Ms. Miller presented sufficient evidence to carry her primary challenge, the deceptiveness of defendants' skincare advertisement that hyaluronic acid can attract and retain one thousand times its weight in water, to trial. But the order granted summary judgment to defendants because Ms. Miller failed to provide any evidence challenging the veracity of defendants' advertisement that hyaluronic acid absorbs water from the atmosphere (Dkt. No. 104).

Ms. Miller admits she provided no such evidence but contends defendants' motion did not challenge the substance of that claim. Defendants argued in their motion that "Miller's false advertising and misrepresentation claims are limited to a single accused statement — that hyaluronic acid can attract and retain up to 1,000 times its weight in water; at her deposition she disclaimed relying on any other statements targeted in the Complaint." Then, in the body

of their brief, defendants attacked Ms. Miller's statutory standing to challenge the atmospheric absorption ad (Dkt. No. 79 at 7–9) and Ms. Miller responded (Dkt. No. 85 at 13–14). But California's § 17200 deceptiveness claim has two parts: (1) statutory standing; and (2) the merits. Upon further consideration, though defendants clearly challenged the former, it appears they did not clearly challenge the *merits* of Ms. Miller's challenge to the atmospheric absorption ad.

Ms. Miller's request for leave to file a motion for reconsideration is **GRANTED**. She may file a motion no longer than **5 PAGES** by **FEBRUARY 26 AT NOON**. Defendants may respond in no more than **5 PAGES** by **MARCH 4 AT NOON.**

**IT IS SO ORDERED.**

Dated: February 18, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE