UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARI MILLER, et al.,

    Plaintiffs,

v.

PETER THOMAS ROTH, LLC, et al.,

    Defendants.

No. 3:19-cv-00698-WHA

**ORDER DISMISSING CASE**

Pursuant to stipulation of the parties, this case is dismissed. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 23, 2020

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE